No. 81–827. JEFFERSON COUNTY PHARMACEUTICAL ASSN., INC. *v.* ABBOTT LABORATORIES ET AL. C. A. 5th Cir. [Certiorari granted, 455 U. S. 999.] Motion of American Pharmaceutical Association for leave to file a brief as *amicus curiae* granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 81–1320. KOLENDER, CHIEF OF POLICE OF SAN DIEGO, ET AL. *v.* LAWSON. C. A. 9th Cir. [Probable jurisdiction noted, 455 U. S. 999.] Motion of the parties to dispense with printing the joint appendix denied. Motion of Appellate Committee of the California District Attorneys Association for leave to file a brief as *amicus curiae* granted.

No. 81–1672. PENNZOIL CO. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA. Sup. Ct. App. W. Va. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 81–6323. GAINES *v.* ILLINOIS. Sup. Ct. Ill. Motion of petitioner to dismiss the petition for writ of certiorari denied. Motion of court-appointed counsel to order a hearing to determine the competency of petitioner to file a motion to dismiss his petition denied.

No. 81–6458. NAJAR *v.* OMAN ET UX. Ct. App. Tex., 3d Sup. Jud. Dist. Motion of Texas for leave to intervene as a party respondent granted.

No. 81–6365. IN RE HOOVER; and
No. 81–6432. IN RE BRISCOE. Petitions for writs of mandamus denied.

No. 81–1551. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* ROSOFSKY. Appeal from D. C. E. D. N. Y. Probable jurisdiction noted.